CITY DIME SAVINGS & LOAN ASS'N, Respondent, v. LOBDELL et al., Appellants (two cases).

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by the City Dime Savings & Loan Association against William A. Lobdell and George F. Mings, impleaded, etc.

Argued before DWIGHT, P. J., and HAIGHT and BRADLEY, JJ.

No opinion.   Order so modified as to vacate the judgment for deficiency, and direct a resale of the premises upon the condition that the defendants Lobdell and Mings, within 10 days after the service of this order, with notice of entry thereof upon their attorney, file security with the clerk of Erie county for the payment of the costs and disbursements in the action, and the fees and disbursements of the referee who made the sale of April 20, 1893, to an amount not exceeding the deficiency, if there be one upon the resale, and that such security be a bond or undertaking executed by the defendants, and by a surety to be approved by a judge of this court, and as so modified affirmed, without costs of this appeal to either party.

---

CITY DIME SAVINGS & LOAN ASS'N, Respondent, v. LOBDELL et al., Appellants (two cases).

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by the City Dime Savings & Loan Association against William A. Lobdell and others.

Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.

No opinion.   Appeal dismissed, unless printed papers are served on or before the second Tuesday of the term.

---

CURRAN, Respondent, v. GALEN et al., Appellants.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Charles Curran against Lewis Galen, as president, etc., and others.

Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.

No opinion.   Interlocutory judgment appealed from affirmed, with costs. with leave to amend answer within 20 days, upon payment of the costs of this appeal and of the demurrer, on the opinion of Adams, J., at the special term.   22 N. Y. Supp. 826.

---

FIRST NAT. BANK OF BATH, Respondent, v. ROBY, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by the First National Bank of Bath against Sidney B. Roby.

Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.

No opinion.   Order appealed from affirmed, with $10 costs and disbursements.